WILLIAM C. D'IPPOLITO v.
PATRICIA DIANNE CARPENTER.

June 21, 1978. Cross-Petition for certification denied.

STATE OF NEW JERSEY v. DAVID BYNUM.

June 21, 1978. Petition for certification denied.

STATE OF NEW JERSEY v. FREDERICK STAPLETON.

June 21, 1978. Petition for certification denied.

IN THE MATTER OF
THE COMMITMENT OF CONOVER SCHAD.

June 21, 1978. Petition for certification denied.

STATE OF NEW JERSEY v. RICHARD A. HOWERY.

June 21, 1978. Petition for certification granted.

STATE OF NEW JERSEY v. SAMUEL T. WHEELER.

June 21, 1978. Petition for certification denied.